UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LINDA DIANE HICKS

VERSUS

DONALD PAUL DUFFIELD, ET AL

CIVIL ACTION

NUMBER 13-462-JJB-SCR

**ORDER TO AMEND NOTICE OF REMOVAL**

    Defendants Jack in the Box, Inc., Jack in the Box Eastern Division ,LP, CNL Income Fund VII, Ltd., CNL APF Partners, LP and ACE American Insurance Company, removed this case from state court asserting subject matter jurisdiction under 28 U.S.C. § 1332(a), diversity of citizenship. In the Notice of Removal and Amended Notice of Removal the defendants alleged the plaintiff is a citizen of Texas.[1] As to the corporations, Jack in the Box, Inc., CNL Income Fund VII, Ltd., and ACE American Insurance Company, the defendants properly alleged their citizenship under 28 U.S.C. § 1332(c)(1).[2]

    With regard to defendant Jack in the Box Eastern Division, LP, the defendants alleged that its "partners are located in

---

[1] Defendants' Amended Notice of Removal corrected the erroneous allegation that the plaintiff is a citizen of Louisiana.
    Plaintiff also sued Donald Paul Duffield, the assistant manager of Jack in the Box restaurant where the accident happened. Defendants alleged that Duffield is a citizen of Louisiana, but he had not been served at the time of removal and he was improperly joined because the plaintiff failed to state a claim against him in his individual capacity. Record document number 1, ¶ 18.

[2] *Id.*, ¶¶ 13, 14 and 16.

California," and it was formed under the laws of Texas and has a principal place of business in California." As to defendant CNL APF Partners, LP, the defendants alleged that its "partners are located in Maryland," it was formed under the laws of Florida, and its principal place of business is in Arizona.[3]

When jurisdiction depends on citizenship, the citizenship of each party must be distinctly and affirmatively alleged in accordance with § 1332(a) and (c).[4] Under § 1332(c)(1) a corporation is deemed to be a citizen of every state in which it is incorporated, and of the state in which it has its principal place of business. For purposes of diversity, the citizenship of a limited liability company or partnership is determined by considering the citizenship of all its members.[5] The state where a limited liability company or partnership is organized and where it has its principal place of business does not determine its citizenship for the purpose of § 1332. Thus, to properly allege the citizenship of a limited liability company or partnership, the party asserting jurisdiction must identify each of the entity's

---

[3] *Id.*, ¶¶ 15 and 17.

[4] *Stafford v. Mobil Oil Corp.*, 945 F.2d 803, 804 (5th Cir. 1991), *citing*, *McGovern v. American Airlines, Inc.*, 511 F.2d 653, 654 (5th Cir. 1975)(quoting 2A Moore's Federal Practice ¶ 8.10, at 1662); *Mullins v. TestAmerica, Inc.,* 564 F.3d 386, 397 (5th Cir. 2009).

[5] *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008); *see Carden v. Arkoma Associates*, 494 U.S. 185, 110 S.Ct. 1015, 1021 (1990).

Case 3:13-cv-00462-JJB-SCR   Document 4   07/18/13   Page 2 of 4

members and the citizenship of each member in accordance with the requirements of § 1332(a) and (c).[6]

The removing defendants' allegations as to defendants Jack in the Box Eastern Division, LP and CNL APF Partners, LP are not sufficient to establish diversity jurisdiction. Defendants failed to identify the members of the partnerships, who or which may be individuals, corporations, limited liability companies, or some other form of entity, and failed to properly allege the citizenship of each partner in accordance with § 1332(a) and (c). The sfailure to properly identify and allege the citizenship of the members of these limited partnerships makes it impossible for the court to determine whether there is complete diversity.

Therefore;

IT IS ORDERED that removing defendants Jack in the Box, Inc., Jack in the Box Eastern Division,LP, CNL Income Fund VII, Ltd., CNL APF Partners, LP and ACE American Insurance Company, shall have 14 days to file a Second Amended Notice of Removal which correctly alleges the citizenship of defendants Jack in the Box Eastern Division, LP and CNL APF Partners, LP.

---

[6] The same requirement applies to any member of a limited liability company which is also a limited liability company or a partnership. *Turner Bros. Crane and Rigging, LLC v. Kingboard Chemical Holding Ltd.*, 2007 WL 2848154 (M.D.La. Sept. 24, 2007)(when partners or members are themselves entities or associations, citizenship must be traced through however many layers of members or partners there are); *Mullins*, *supra*.

Case 3:13-cv-00462-JJB-SCR   Document 4   07/18/13   Page 3 of 4

**Failure to comply with this order may result in the case being remanded without further notice for lack of subject matter jurisdiction.**

Baton Rouge, Louisiana, July 18, 2013.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE