UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LINDA DIANE HICKS** | **CIVIL ACTION NO.** |
| | **3:13-cv-00462-JJB-SCR** |
| **VERSUS** | |
| **DONALD PAUL DUFFIELD, JACK IN THE BOX  INC., JACK IN THE BOX EASTERN DIVISION, L.P., CNL INCOME FUND VIII, LTD., CNL APF PARTNERS, LP and ACE AMERICAN INSURANCE COMPANY** | **JUDGE BRADY**<br><br>**MAGISTRATE RIEDLINGER** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER

**NOW INTO COURT,** through undersigned counsel come, **DONALD PAUL DUFFIELD, JACK IN THE BOX EASTERN DIVISION, L.P. (erroneously sued and cited as JACK IN THE BOX, INC.), CNL APF PARTNERS, L.P. and ACE AMERICAN INSURANCE COMPANY**, purportedly made defendants herein who respectfully represent the following:

1.

Defendants admit their status as alleged in Paragraph No. 1 of plaintiff's Petition.

2.

For lack of sufficient information to justify a belief therein, the allegations contained in Paragraph No. 2 of plaintiff's Petition are denied.

3.

A.    For lack of sufficient information to justify a belief therein, the allegations contained in Paragraph No. 3A of plaintiff's Petition are denied.

B.    The allegations of Paragraph No. 3B of plaintiff's Petition are denied.

C.    The allegations of Paragraph No. 3C of plaintiff's Petition are admitted.

D.    The allegations of Paragraph No. 3D of plaintiff's Petition are denied.

  E.  The allegations of Paragraph No. 3E are denied.

  F.  The allegations of Paragraph No. 3F are admitted.

  G.  The allegations of Paragraph No. 3G of plaintiff's Petition are denied.

  H.  The allegations of Paragraph No. 3H are admitted to the extend that Ace American Insurance Company issued a policy of insurance to Jack in the Box, Eastern Division, L.P. The policy being a written instrument contains numerous terms, conditions, and exclusions, and is therefore the best evidence of its own contents. The policy is pled as if copied herein *in extenso*.

4.

The allegations contained in Paragraph No. 4 of plaintiff's Petition are denied.

5.

For lack of sufficient information to justify a belief therein, the allegations of Paragraph No. 5 of plaintiff's Petition are denied.

6.

The allegations contained in Paragraph No. 6 of plaintiff's Petition are denied.

7.

For lack of sufficient information to justify a belief therein, the allegations contained in Paragraph No. 7 of plaintiff's Petition are denied.

8.

The allegations contained in Paragraph No. 8 of plaintiff's Petition are denied.

10.

The allegations contained in Paragraph No. 10 of plaintiff's Petition are denied.

11.

The allegations contained in Paragraph No. 11 of plaintiff's Petition are denied.

12.

The allegations contained in Paragraph No. 12 and all of its subparts of plaintiff's Petition are denied.

13.

The allegations contained in Paragraph No. 13 and all of its subparts of plaintiff's Petition are denied.

14.

The allegations contained in Paragraph No. 14 and all of its subparts of plaintiff's Petition are denied.

15.

The allegations contained in Paragraph No. 15 of plaintiff's Petition are denied.

16.

The allegations contained in Paragraph No. 16 of plaintiff's Petition are denied.

17.

The allegations contained in Paragraph No. 17 of plaintiff's Petition are denied.

18

The allegations contained in Paragraph No. 18 of plaintiff's Petition are denied.

19.

The allegations contained in Paragraph No. 19 of plaintiff's Petition are denied.

20.

The allegations contained in Paragraph No. 20 of plaintiff's Petition are denied.

21.

The allegations contained in Paragraph No. 21 of plaintiff's Petition are denied.

22.

The allegations contained in Paragraph No. 22 of plaintiff's Petition are denied.

23.

The allegations contained in Paragraph No. 23 of plaintiff's Petition are denied.

**NOW, IN FURTHER ANSWERING, THE DEFENDANTS RESPECTFULLY REPRESENT THE FOLLOWING**:

24.

Defendants pray for and are entitled to a reduction in liability for the damages claimed by plaintiffs in this proceeding to the extent that the negligence and/or fault of any other individuals, entities, and/or parties other than Defendants caused and/or contributed to the accident and resulting damages, if any, claimed in this matter.

25.

Defendants pray for and are entitled to a reduction in liability for the damages claimed by plaintiffs in this proceeding to the extent that the negligence and/or fault of any other individuals, entities, and/or parties other than Defendants caused and/or contributed to the accident and resulting damages, if any, claimed in this matter.

26.

Defendant also prays for and are entitled to a reduction in liability based upon the percentage of negligence and/or fault of any other solidary obligors and/or tortfeasors released by plaintiffs in these proceedings.

27.

Defendants allege that the cause of the incident sued upon herein was the negligence of Linda Diane Hicks and the following non-particulars to wit:

a.  Acting in a careless and reckless fashion;

b.  Failing to maintain a proper lookout;

c.  Failing to do what she should have done to avoid the incident suit upon herein; and

d.  Any other items of negligence as may be proven at the trial of this matter.

28.

Donald Paul Duffield owes no independent duty to plaintiff.

## DEMAND FOR TRIAL BY JURY

Defendants, **DONALD PAUL DUFFIELD**, **JACK IN THE BOX, INC. (erroneously sued and cited), JACK IN THE BOX EASTERN DIVISION, L.P., CNL INCOME FUND VIII, LTD., CNL APF PARTNERS, L.P. and ACE AMERICAN INSURANCE COMPANY**, further pray for and are entitled to a trial by jury on all issues triable by jury on both the main and any incidental demands.

**WHEREFORE**, Defendants pray that this Answer be deemed good and sufficient and after all legal proceedings have been had, there be judgment rendered in favor of Defendants, rejecting plaintiff's demand at plaintiff's costs. Defendants further pray for a trial by jury on all issues triable by jury on both the main and any incidental demands.

Respectfully Submitted,

KEOGH, COX & WILSON, LTD.
701 Main Street (70802)
P.O. Box 1151
Baton Rouge, LA  70821
Telephone:  (225) 383-3796
Telecopier: (225) 343-9612
Email:  gracella@kcwlaw.com

By:   s/Gracella Simmons
**GRACELLA SIMMONS (#12082)
COLLIN J. LeBLANC (#24519)**

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

    Baton Rouge, Louisiana, this 14th day of October, 2013.

                                                 s/Gracella Simmons
                                             **GRACELLA SIMMONS**