UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LINDA DIANE HICKS

VERSUS

DONALD PAUL DUFFIELD,
ET AL.

CIVIL ACTION

NO. 13-462-JJB

DISMISSAL ORDER

Having been informed by counsel for plaintiff that this case has settled in its entirety;

IT IS ORDERED that this action be and it is hereby DISMISSED.

The clerk's office shall terminate all pending deadlines and motions.

Signed in Baton Rouge, Louisiana, on May 12, 2015.

_____
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA